Order entered October  , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00924-CR

ROGELIO ROGER SOTO, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 283rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-35886-T

## ORDER

This appeal was filed in this Court on July 9, 2012. The record has not yet been filed, but is due by October 19, 2012. On July 24, 2012, the Court granted appellant's motion to substitute counsel, and ordered that W. Tyler Wilson be substituted as appellant's attorney of record in place of John Tatum. It has come to the Court's attention that appellant's counsel W. Tyler Wilson died on September 13, 2012, and that Robert Luttrell is in charge of closing the law office. The motion to substitute counsel reflects that Mr. Wilson was retained to represent appellant in this appeal. No new attorney has entered an appearance on appellant's behalf.

In light of this information, we **ORDER** the trial court to conduct a hearing to determine the following:

- Whether appellant is indigent and entitled to court-appointed counsel.

- If is not indigent, whether appellant has retained new counsel to proceed with this appeal on the brief filed by Mr. Wilson. If appellant has retained new counsel, the trial court shall make a finding as to the name, State Bar number, address, and telephone number of new counsel.

- If appellant is indigent and has not retained new counsel, we **ORDER** the trial court to appoint counsel to represent appellant in this appeal.

We **ORDER** the trial court to transmit a record of the proceedings, findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to Robert E. Luttrell III, 4 E. Chambers Street, Cleburne, Texas 76031-5542.

The appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

DAVID L. BRIDGES
JUSTICE